| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | EMILY R. DAHLKE (CABN 322196)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>Emily.Dahlke@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) | NO. 4:25-CR-00409 JST |
| 14 | Plaintiff, | ) | FILED NOVEMBER 24, 2025 |
| 15 | v. | ) | |
| 16 | SHINDOZJANAE CAROLYN SMITH, | ) | |
| 17 | Defendant. | ) | |
| 18 | | | |
| 19 | UNITED STATES OF AMERICA, | ) | NO. 4:19-CR-00464-JSW-1 |
| 20 | Plaintiff, | ) | FILED SEPTEMBER 19, 2019 |
| 21 | v. | ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 22 | SHINDOZJANAE CAROLYN SMITH, | ) | |
| 23 | Defendant. | ) | |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. In case 4:25-CR-00409 JST, the Defendant was charged in a two-count information with being a felon in possession of a firearm and ammunition, in violation of

NOTICE OF RELATED CASES
U.S. v. SHINDOZJANAE CAROLYN SMITH

18 U.S.C. section 922(g)(1). The conduct underlying that charge occurred on August 28, 2025, and September 12, 2025, in San Francisco, California.

At the time this conduct occurred, the Defendant was on supervised released for his prior conviction in this district, 4:19-cr-00464-JSW-1. As a result of Defendant's conduct on August 28, 2025, and September 12, 2025, the United States Probation Office filed an amended Form 12 and corresponding arrest warrant in that case, which was issued on September 26, 2025. (*See* 4:19-cr-00464-JSW-1, Dkt. 273). A number of violations alleged in the Form 12 share a factual basis with the newly charged case. Based upon these facts, the newly indicted case 4:25-CR-00409 JST and the supervised release violation case 4:19-cr-00464-JSW-1 are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: November 25, 2025						Respectfully submitted,

								CRAIG H. MISSAKIAN
								United States Attorney


								*/s/ Emily R. Dahlke*
								EMILY R. DAHLKE
								Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. SHINDOZJANAE CAROLYN SMITH